UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE: THE HON. RICHARD K. EATON, JUDGE

| | |
|---|---|
| JING MEI AUTOMOTIVE (USA)<br><br>   Plaintiff<br><br>       v.<br><br>UNITED STATES,<br><br>   Defendant. | Court No. 14-00060 |

### STIPULATED JUDGMENT ON AGREED STATEMENT OF FACTS

This action, as prescribed by Rule 58.1 of the Rules of the United States Court of International Trade, is stipulated for judgment on the following agreed statement of facts in which the parties agree that:

1. The protests and the action involved herein were filed within the time provided by law, and all liquidated duties, charges or exactions have been paid prior to the filing of the summons.

2. The attached schedule A identifies certain merchandise (REAR DRIVE AXLE COVER and FRONT AXLE COVER) by Item Numbers 076100, 077100 and the location of these Item Numbers on the entry documents for this case (i.e. by line, entry and protest number). The merchandise that is stipulable pursuant to this agreement are the REAR DRIVE AXLE COVER and FRONT AXLE COVER identified by the Item Numbers above and by the line, entry and protest numbers set forth on the attached Schedule A (hereinafter the "stipulable imported merchandise").

3. The stipulable imported merchandise was classified by U.S. Customs and Border Protection or its predecessors as described as "Articles for the conveyance or packing of

Stipulated Judgment On Agreed Statement Of Facts
*Jing Mei Automotive (USA) v. The United States*
Court No. 14-00060

goods, of plastics; stoppers, lids, caps and other closures, of plastics: Stoppers, lids, caps and other closures." under subheading 3923.50.00 HTSUS at 5.3% ad valorem.

4. The stipulable imported merchandise is classifiable as "Wheel covers and hubcaps for vehicles" under subheading 8708.70.60, HTSUS, at the rate of 2.5% ad valorem.

5. The imported merchandise covered by the entries set forth on the attached schedule is stipulable in accordance with this agreement, except for the merchandise identified by an asterisk on Schedule A.

6. Any refunds payable by reason of this judgment are to be paid with any interest provided for by law.

7. All other claims and non-stipulated entries marked with an asterisk are abandoned.

8. Each party will bear its own costs and attorney's fees.

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

PATRICIA M. MCCARTHY
Director

By: /s/ Meghann Supino
Meghann Supino
Ice Miller LLP
One American Square, Ste. 2900
Indianapolis, IN 46282
312-236-2107
Meghann.Supino@icemiller.com
Attorneys for Plaintiffs

By: _____ 12/19/2025
JUSTIN R. MILLER
Attorney-In-Charge
International Trade Field Office

_____ 12/19/25
EDWARD F. KENNY
Senior Trial Counsel
Civil Division, Dept. of Justice
Commercial Litigation Branch
26 Federal Plaza, Room 346
New York, New York 10278
Tel. No. 212-264-0480
Attorneys for Defendant

2

Stipulated Judgment On Agreed Statement Of Facts
*Jing Mei Automotive (USA) v. The United States*
Court No. 14-00060

IT IS HEREBY ORDERED that this action is decided and this final judgment is to be entered by the Clerk of this Court; the appropriate U.S. Customs and Border Protection officials shall reliquidate the entries and make refund in accordance with the stipulation of the parties set forth above.

Date: _____

_____
THE HONORABLE RICHARD K. EATON,
JUDGE

## SCHEDULE A TO STIPULATED JUDGMENT

**PORT OF ENTRY: Chicago(3901)**

| Court | Protest | Entry | Line # | InvoiceNo | ItemCode | JMA Description |
|---|---|---|---|---|---|---|
| 14-00060 | 3901-13-100688 | 2740210295-1 | 1 | A17756 | 077100 | Cover, Rear Axle Cover |
| 14-00060 | 3901-13-100688 | 2740210423-9 | 1 | A17813 | 077100 | Cover, Rear Axle Cover |
|  |  |  | 1 | A17813 | 076100 | Hub Cover Kits, Front Axle Cov |
| 14-00060 | 3901-13-100688 | 2740210537-6 | 6 | A17874 | 077100 | Cover, Rear Axle Cover |
| 14-00060 | 3901-13-100688 | 2740210538-4 | 1 | A17880 | 077100 | Cover, Rear Axle Cover |
|  |  |  | 1 | A17880 | 076100 | Hub Cover Kits, Front Axle Cov |
| 14-00060 | 3901-13-100688 | 2740210759-6 | 1 | A17905 | 076100 | Hub Cover Kits, Front Axle Cov |
| 14-00060 | 3901-13-100688 | 2740210762-0 | 3 | A17923 | 077100 | Cover, Rear Axle Cover |
| 14-00060 | 3901-13-100688 | 2740210882-6 | 1 | A17963 | 076100 | Hub Cover Kits, Front Axle Cov |
|  |  |  | 1 | A17963 | 077100 | Cover, Rear Axle Cover |
| 14-00060 | 3901-13-100688 | 2740211038-4 | 1 | A18007 | 077100 | Cover, Rear Axle Cover |
|  |  |  | 1 | A18007 | 076100 | Hub Cover Kits, Front Axle Cov |
| 14-00060 | 3901-13-100688 | 2740211176-2 | 4 | A18048 | 077100 | Cover, Rear Axle Cover |
|  |  |  | 4 | A18048 | 076100 | Hub Cover Kits, Front Axle Cov |
| 14-00060 | 3901-13-100688 | 2740211269-5 | 2 | A18062 | 077100 | Cover, Rear Axle Cover |
|  |  |  | 2 | A18062 | 076100 | Hub Cover Kits, Front Axle Cov |
| 14-00060 | 3901-13-100688 | 2740211380-0 | 1 | A18095 | 076100 | Hub Cover Kits, Front Axle Cov |
|  |  |  | 1 | A18095 | 077100 | Cover, Rear Axle Cover |
| 14-00060 | 3901-13-100688 | 2740211583-9 | 1 | A18141 | 077100 | Cover, Rear Axle Cover |
|  |  |  | 1 | A18141 | 076100 | Hub Cover Kits, Front Axle Cov |
| 14-00060 | 3901-13-100688 | 2740211724-9 | 3 | A18174 | 076100 | Hub Cover Kits, Front Axle Cov |
|  |  |  | 3 | A18174 | 077100 | Cover, Rear Axle Cover |
| 14-00060 | 3901-13-100688 | 2740211727-2 | 5 | A18192 | 077100 | Cover, Rear Axle Cover |
| 14-00060 | 3901-13-100688 | 2740211997-1 | 2 | A18216 | 077100 | Cover, Rear Axle Cover |
| 14-00060 | 3901-13-100688 | 2740212097-9 | 2 | A18261 | 077100 | Cover, Rear Axle Cover |
| 14-00060 | 3901-13-100688 | 2740212098-7 | 5 | A18266 | 077100 | Cover, Rear Axle Cover |
| 14-00060 | 3901-13-100688 | 2740212228-0 | 9 | A18323 | 077100 | Cover, Rear Axle Cover |
| 14-00060 | 3901-13-101145 | 2740213289-1 | 4 | A18723 | 077100 | Cover, Rear Axle Cover |
| 14-00060 | 3901-13-101145 | 2740214311-2 | 1 | A19118 | 077100 | Cover, Rear Axle Cover |

All claims arising from the following entries marked by an asterisk (*) are abandoned.

| Case | Protest | Entry |
|------|---------|-------|
| 14-00060 | 3901-13-100688 | 274-02102969* |
| 14-00060 | 3901-13-100688 | 274-02103116* |
| 14-00060 | 3901-13-100688 | 274-02103124* |
| 14-00060 | 3901-13-100688 | 274-02103132* |
| 14-00060 | 3901-13-100688 | 274-02103140* |
| 14-00060 | 3901-13-100688 | 274-02103686* |
| 14-00060 | 3901-13-100688 | 274-02103777* |
| 14-00060 | 3901-13-100688 | 274-02103785* |
| 14-00060 | 3901-13-100688 | 274-02103793* |
| 14-00060 | 3901-13-100688 | 274-02103801* |
| 14-00060 | 3901-13-100688 | 274-02103819* |
| 14-00060 | 3901-13-100688 | 274-02104247* |
| 14-00060 | 3901-13-100688 | 274-02104270* |
| 14-00060 | 3901-13-100688 | 274-02104288* |
| 14-00060 | 3901-13-100688 | 274-02104296* |
| 14-00060 | 3901-13-100688 | 274-02104304* |
| 14-00060 | 3901-13-100688 | 274-02104510* |
| 14-00060 | 3901-13-100688 | 274-02104528* |
| 14-00060 | 3901-13-100688 | 274-02104536* |
| 14-00060 | 3901-13-100688 | 274-02104544* |
| 14-00060 | 3901-13-100688 | 274-02104551* |
| 14-00060 | 3901-13-100688 | 274-02105004* |
| 14-00060 | 3901-13-100688 | 274-02105012* |
| 14-00060 | 3901-13-100688 | 274-02105020* |
| 14-00060 | 3901-13-100688 | 274-02105038* |
| 14-00060 | 3901-13-100688 | 274-02105343* |
| 14-00060 | 3901-13-100688 | 274-02105350* |
| 14-00060 | 3901-13-100688 | 274-02105368* |
| 14-00060 | 3901-13-100688 | 274-02105392* |
| 14-00060 | 3901-13-100688 | 274-02107224* |
| 14-00060 | 3901-13-100688 | 274-02107356* |
| 14-00060 | 3901-13-100688 | 274-02107364* |
| 14-00060 | 3901-13-100688 | 274-02107372* |
| 14-00060 | 3901-13-100688 | 274-02107588* |
| 14-00060 | 3901-13-100688 | 274-02107604* |
| 14-00060 | 3901-13-100688 | 274-02107612* |
| 14-00060 | 3901-13-100688 | 274-02108735* |
| 14-00060 | 3901-13-100688 | 274-02108743* |
| 14-00060 | 3901-13-100688 | 274-02108750* |
| 14-00060 | 3901-13-100688 | 274-02108768* |
| 14-00060 | 3901-13-100688 | 274-02108776* |
| 14-00060 | 3901-13-100688 | 274-02108784* |

| 14-00060 | 3901-13-100688 | 274-02108792* |
| --- | --- | --- |
| 14-00060 | 3901-13-100688 | 274-02108800* |
| 14-00060 | 3901-13-100688 | 274-02108818* |
| 14-00060 | 3901-13-100688 | 274-02109915* |
| 14-00060 | 3901-13-100688 | 274-02110327* |
| 14-00060 | 3901-13-100688 | 274-02110335* |
| 14-00060 | 3901-13-100688 | 274-02110368* |
| 14-00060 | 3901-13-100688 | 274-02110376* |
| 14-00060 | 3901-13-100688 | 274-02110392* |
| 14-00060 | 3901-13-100688 | 274-02110400* |
| 14-00060 | 3901-13-100688 | 274-02110418* |
| 14-00060 | 3901-13-100688 | 274-02110426* |
| 14-00060 | 3901-13-100688 | 274-02110434* |
| 14-00060 | 3901-13-100688 | 274-02110442* |
| 14-00060 | 3901-13-100688 | 274-02111473* |
| 14-00060 | 3901-13-100688 | 274-02111721* |
| 14-00060 | 3901-13-100688 | 274-02111739* |
| 14-00060 | 3901-13-100688 | 274-02111754* |
| 14-00060 | 3901-13-100688 | 274-02111770* |
| 14-00060 | 3901-13-100688 | 274-02112703* |
| 14-00060 | 3901-13-100688 | 274-02112711* |
| 14-00060 | 3901-13-100688 | 274-02112729* |
| 14-00060 | 3901-13-100688 | 274-02112737* |
| 14-00060 | 3901-13-100688 | 274-02113172* |
| 14-00060 | 3901-13-100688 | 274-02113180* |
| 14-00060 | 3901-13-100688 | 274-02113222* |
| 14-00060 | 3901-13-100688 | 274-02113230* |
| 14-00060 | 3901-13-100688 | 274-02113248* |
| 14-00060 | 3901-13-100688 | 274-02113776* |
| 14-00060 | 3901-13-100688 | 274-02113784* |
| 14-00060 | 3901-13-100688 | 274-02113818* |
| 14-00060 | 3901-13-100688 | 274-02113834* |
| 14-00060 | 3901-13-100688 | 274-02114915* |
| 14-00060 | 3901-13-100688 | 274-02114923* |
| 14-00060 | 3901-13-100688 | 274-02115797* |
| 14-00060 | 3901-13-100688 | 274-02115805* |
| 14-00060 | 3901-13-100688 | 274-02115813* |
| 14-00060 | 3901-13-100688 | 274-02115821* |
| 14-00060 | 3901-13-100688 | 274-02115854* |
| 14-00060 | 3901-13-100688 | 274-02116522* |
| 14-00060 | 3901-13-100688 | 274-02116530* |
| 14-00060 | 3901-13-100688 | 274-02116548* |
| 14-00060 | 3901-13-100688 | 274-02117231* |
| 14-00060 | 3901-13-100688 | 274-02117264* |
| 14-00060 | 3901-13-100688 | 274-02118221* |

| | | |
|---|---|---|
| 14-00060 | 3901-13-100688 | 274-02118239* |
| 14-00060 | 3901-13-100688 | 274-02119468* |
| 14-00060 | 3901-13-100688 | 274-02119609* |
| 14-00060 | 3901-13-100688 | 274-02119625* |
| 14-00060 | 3901-13-100688 | 274-02119948* |
| 14-00060 | 3901-13-100688 | 274-02119955* |
| 14-00060 | 3901-13-100688 | 274-02119963* |
| 14-00060 | 3901-13-100688 | 274-02119989* |
| 14-00060 | 3901-13-100688 | 274-02120151* |
| 14-00060 | 3901-13-100688 | 274-02120185* |
| 14-00060 | 3901-13-100688 | 274-02120193* |
| 14-00060 | 3901-13-100688 | 274-02120623* |
| 14-00060 | 3901-13-100688 | 274-02120995* |
| 14-00060 | 3901-13-100688 | 274-02121001* |
| 14-00060 | 3901-13-100688 | 274-02121027* |
| 14-00060 | 3901-13-100688 | 274-02121035* |
| 14-00060 | 3901-13-100688 | 274-02121746* |
| 14-00060 | 3901-13-100688 | 274-02121761* |
| 14-00060 | 3901-13-100688 | 274-02121779* |
| 14-00060 | 3901-13-100688 | 274-02122298* |
| 14-00060 | 3901-13-100688 | 274-02122306* |
| 14-00060 | 3901-13-100688 | 274-02122314* |
| 14-00060 | 3901-13-101145 | 274-02123296* |
| 14-00060 | 3901-13-101145 | 274-02123486* |
| 14-00060 | 3901-13-101145 | 274-02123494* |
| 14-00060 | 3901-13-101145 | 274-02123502* |
| 14-00060 | 3901-13-101145 | 274-02123510* |
| 14-00060 | 3901-13-101145 | 274-02123528* |
| 14-00060 | 3901-13-101145 | 274-02123536* |
| 14-00060 | 3901-13-101145 | 274-02123981* |
| 14-00060 | 3901-13-101145 | 274-02123999* |
| 14-00060 | 3901-13-101145 | 274-02124005* |
| 14-00060 | 3901-13-101145 | 274-02124955* |
| 14-00060 | 3901-13-101145 | 274-02125051* |
| 14-00060 | 3901-13-101145 | 274-02125101* |
| 14-00060 | 3901-13-101145 | 274-02125119* |
| 14-00060 | 3901-13-101145 | 274-02125127* |
| 14-00060 | 3901-13-101145 | 274-02125135* |
| 14-00060 | 3901-13-101145 | 274-02125143* |
| 14-00060 | 3901-13-101145 | 274-02125168* |
| 14-00060 | 3901-13-101145 | 274-02126414* |
| 14-00060 | 3901-13-101145 | 274-02126422* |
| 14-00060 | 3901-13-101145 | 274-02126430* |
| 14-00060 | 3901-13-101145 | 274-02126448* |
| 14-00060 | 3901-13-101145 | 274-02126463* |

| | | |
|---|---|---|
| 14-00060 | 3901-13-101145 | 274-02126471* |
| 14-00060 | 3901-13-101145 | 274-02126489* |
| 14-00060 | 3901-13-101145 | 274-02126497* |
| 14-00060 | 3901-13-101145 | 274-02126505* |
| 14-00060 | 3901-13-101145 | 274-02126851* |
| 14-00060 | 3901-13-101145 | 274-02127370* |
| 14-00060 | 3901-13-101145 | 274-02127388* |
| 14-00060 | 3901-13-101145 | 274-02127578* |
| 14-00060 | 3901-13-101145 | 274-02127628* |
| 14-00060 | 3901-13-101145 | 274-02127636* |
| 14-00060 | 3901-13-101145 | 274-02127644* |
| 14-00060 | 3901-13-101145 | 274-02127651* |
| 14-00060 | 3901-13-101145 | 274-02127669* |
| 14-00060 | 3901-13-101145 | 274-02127677* |
| 14-00060 | 3901-13-101145 | 274-02127685* |
| 14-00060 | 3901-13-101145 | 274-02128279* |
| 14-00060 | 3901-13-101145 | 274-02128824* |
| 14-00060 | 3901-13-101145 | 274-02128857* |
| 14-00060 | 3901-13-101145 | 274-02128865* |
| 14-00060 | 3901-13-101145 | 274-02128873* |
| 14-00060 | 3901-13-101145 | 274-02128923* |
| 14-00060 | 3901-13-101145 | 274-02128949* |
| 14-00060 | 3901-13-101145 | 274-02128956* |
| 14-00060 | 3901-13-101145 | 274-02128964* |
| 14-00060 | 3901-13-101145 | 274-02128972* |
| 14-00060 | 3901-13-101145 | 274-02128980* |
| 14-00060 | 3901-13-101145 | 274-02129418* |
| 14-00060 | 3901-13-101145 | 274-02129947* |
| 14-00060 | 3901-13-101145 | 274-02129954* |
| 14-00060 | 3901-13-101145 | 274-02129962* |
| 14-00060 | 3901-13-101145 | 274-02129970* |
| 14-00060 | 3901-13-101145 | 274-02129988* |
| 14-00060 | 3901-13-101145 | 274-02130101* |
| 14-00060 | 3901-13-101145 | 274-02130119* |
| 14-00060 | 3901-13-101145 | 274-02130127* |
| 14-00060 | 3901-13-101145 | 274-02130135* |
| 14-00060 | 3901-13-101145 | 274-02130606* |
| 14-00060 | 3901-13-101145 | 274-02130622* |
| 14-00060 | 3901-13-101145 | 274-02131430* |
| 14-00060 | 3901-13-101145 | 274-02131539* |
| 14-00060 | 3901-13-101145 | 274-02131554* |
| 14-00060 | 3901-13-101145 | 274-02131562* |
| 14-00060 | 3901-13-101145 | 274-02131570* |
| 14-00060 | 3901-13-101145 | 274-02131885* |
| 14-00060 | 3901-13-101145 | 274-02132081* |

| 14-00060 | 3901-13-101145 | 274-02132099* |
| --- | --- | --- |
| 14-00060 | 3901-13-101145 | 274-02132107* |
| 14-00060 | 3901-13-101145 | 274-02132115* |
| 14-00060 | 3901-13-101145 | 274-02132123* |
| 14-00060 | 3901-13-101145 | 274-02132867* |
| 14-00060 | 3901-13-101145 | 274-02132875* |
| 14-00060 | 3901-13-101145 | 274-02132883* |
| 14-00060 | 3901-13-101145 | 274-02132909* |
| 14-00060 | 3901-13-101145 | 274-02132917* |
| 14-00060 | 3901-13-101145 | 274-02132925* |
| 14-00060 | 3901-13-101145 | 274-02132933* |
| 14-00060 | 3901-13-101145 | 274-02132941* |
| 14-00060 | 3901-13-101145 | 274-02132958* |
| 14-00060 | 3901-13-101145 | 274-02133535* |
| 14-00060 | 3901-13-101145 | 274-02133923* |
| 14-00060 | 3901-13-101145 | 274-02133931* |
| 14-00060 | 3901-13-101145 | 274-02133949* |
| 14-00060 | 3901-13-101145 | 274-02134285* |
| 14-00060 | 3901-13-101145 | 274-02134293* |
| 14-00060 | 3901-13-101145 | 274-02134301* |
| 14-00060 | 3901-13-101145 | 274-02134327* |
| 14-00060 | 3901-13-101145 | 274-02134335* |
| 14-00060 | 3901-13-101145 | 274-02134558* |
| 14-00060 | 3901-13-101145 | 274-02134574* |
| 14-00060 | 3901-13-101145 | 274-02134582* |
| 14-00060 | 3901-13-101145 | 274-02135043* |
| 14-00060 | 3901-13-101145 | 274-02135050* |
| 14-00060 | 3901-13-101145 | 274-02135340* |
| 14-00060 | 3901-13-101145 | 274-02135357* |
| 14-00060 | 3901-13-101145 | 274-02135381* |
| 14-00060 | 3901-13-101145 | 274-02135399* |
| 14-00060 | 3901-13-101145 | 274-02135407* |
| 14-00060 | 3901-13-101145 | 274-02135415* |
| 14-00060 | 3901-13-101145 | 274-02135423* |
| 14-00060 | 3901-13-101145 | 274-02135662* |
| 14-00060 | 3901-13-101145 | 274-02135787* |
| 14-00060 | 3901-13-101145 | 274-02135837* |
| 14-00060 | 3901-13-101145 | 274-02135845* |
| 14-00060 | 3901-13-101145 | 274-02136157* |
| 14-00060 | 3901-13-101145 | 274-02136439* |
| 14-00060 | 3901-13-101145 | 274-02136447* |
| 14-00060 | 3901-13-101145 | 274-02136454* |
| 14-00060 | 3901-13-101145 | 274-02136470* |
| 14-00060 | 3901-13-101145 | 274-02136488* |
| 14-00060 | 3901-13-101145 | 274-02136967* |

| | | |
|---|---|---|
| 14-00060 | 3901-13-101145 | 274-02136975* |
| 14-00060 | 3901-13-101145 | 274-02136983* |
| 14-00060 | 3901-13-101145 | 274-02136991* |
| 14-00060 | 3901-13-101145 | 274-02137031* |
| 14-00060 | 3901-13-101145 | 274-02137650* |
| 14-00060 | 3901-13-101145 | 274-02138195* |
| 14-00060 | 3901-13-101145 | 274-02138203* |
| 14-00060 | 3901-13-101145 | 274-02138211* |
| 14-00060 | 3901-13-101145 | 274-02138229* |
| 14-00060 | 3901-13-101145 | 274-02138237* |
| 14-00060 | 3901-13-101145 | 274-02138245* |
| 14-00060 | 3901-13-101145 | 274-02138450* |
| 14-00060 | 3901-13-101145 | 274-02138468* |
| 14-00060 | 3901-13-101145 | 274-02139011* |
| 14-00060 | 3901-13-101145 | 274-02139029* |
| 14-00060 | 3901-13-101145 | 274-02139037* |
| 14-00060 | 3901-13-101145 | 274-02139045* |
| 14-00060 | 3901-13-101145 | 274-02139052* |
| 14-00060 | 3901-13-101145 | 274-02139060* |
| 14-00060 | 3901-13-101145 | 274-02139078* |
| 14-00060 | 3901-13-101145 | 274-02139086* |
| 14-00060 | 3901-13-101145 | 274-02139094* |
| 14-00060 | 3901-13-101145 | 274-02139631* |
| 14-00060 | 3901-13-101145 | 274-02139979* |
| 14-00060 | 3901-13-101145 | 274-02139987* |
| 14-00060 | 3901-13-101145 | 274-02139995* |
| 14-00060 | 3901-13-101145 | 274-02140787* |
| 14-00060 | 3901-13-101145 | 274-02140902* |
| 14-00060 | 3901-13-101145 | 274-02140910* |
| 14-00060 | 3901-13-101145 | 274-02140928* |
| 14-00060 | 3901-13-101145 | 274-02140936* |
| 14-00060 | 3901-13-101145 | 274-02140944* |
| 14-00060 | 3901-13-101145 | 274-02140951* |
| 14-00060 | 3901-13-101145 | 274-02140969* |
| 14-00060 | 3901-13-101145 | 274-02140977* |
| 14-00060 | 3901-13-101145 | 274-02140985* |
| 14-00060 | 3901-13-101145 | 274-02140993* |
| 14-00060 | 3901-13-101145 | 274-02142254* |
| 14-00060 | 3901-13-101145 | 274-02142759* |
| 14-00060 | 3901-13-101145 | 274-02142767* |
| 14-00060 | 3901-13-101145 | 274-02143096* |
| 14-00060 | 3901-13-101145 | 274-02143104* |
| 14-00060 | 3901-13-101145 | 274-02143377* |
| 14-00060 | 3901-13-101145 | 274-02143385* |
| 14-00060 | 3901-13-101145 | 274-02143393* |

| 14-00060 | 3901-13-101145 | 274-02143401* |
| --- | --- | --- |
| 14-00060 | 3901-13-101145 | 274-02143419* |
| 14-00060 | 3901-13-101145 | 274-02143427* |
| 14-00060 | 3901-13-101145 | 274-02143773* |
| 14-00060 | 3901-13-101145 | 274-02143906* |
| 14-00060 | 3901-13-101145 | 274-02144367* |
| 14-00060 | 3901-13-101145 | 274-02144375* |
| 14-00060 | 3901-13-101145 | 274-02144383* |
| 14-00060 | 3901-13-101145 | 274-02144607* |
| 14-00060 | 3901-13-101145 | 274-02144615* |
| 14-00060 | 3901-13-101145 | 274-02145125* |