UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE: THE HON. RICHARD K. EATON, JUDGE

|  |  |  |
|---|---|---|
| JING MEI AUTOMOTIVE (USA) | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Court No. 14-00060 |
| | ) | |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATED JUDGMENT ON AGREED STATEMENT OF FACTS

This action, as prescribed by Rule 58.1 of the Rules of the United States Court of

International Trade, is stipulated for judgment on the following agreed statement of facts in

which the parties agree that:

1.   The protests and the action involved herein were filed within the time provided by

law, and all liquidated duties, charges or exactions have been paid prior to the filing of the

summons.

2.   The attached schedule A identifies certain merchandise (REAR DRIVE AXLE

COVER and FRONT AXLE COVER) by Item Numbers 076100, 077100 and the location of

these Item Numbers on the entry documents for this case (i.e. by line, entry and protest

number).  The merchandise that is stipulable pursuant to this agreement are the REAR DRIVE

AXLE COVER and FRONT AXLE COVER identified by the Item Numbers above and by the

line, entry and protest numbers set forth on the attached Schedule A (hereinafter the

"stipulable imported merchandise").

3.   The stipulable imported merchandise was classified by U.S. Customs and Border

Protection or its predecessors as described as "Articles for the conveyance or packing of

Stipulated Judgment On Agreed Statement Of Facts
*Jing Mei Automotive (USA) v. The United States*
Court No. 14-00060

goods, of plastics; stoppers, lids, caps and other closures, of plastics: Stoppers, lids, caps and

other closures." under subheading 3923.50.00 HTSUS at 5.3% ad valorem.

4. The stipulable imported merchandise is classifiable as "Wheel covers and

hubcaps for vehicles" under subheading 8708.70.60, HTSUS, at the rate of 2.5% ad valorem.

5. The imported merchandise covered by the entries set forth on the attached schedule is

stipulable in accordance with this agreement, except for the merchandise identified by an asterisk

on Schedule A.

6. Any refunds payable by reason of this judgment are to be paid with any interest

provided for by law.

7. All other claims and non-stipulated entries marked with an asterisk are abandoned.

8. Each party will bear its own costs and attorney's fees.

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

PATRICIA M. MCCARTHY
Director

By:    /s/ Meghann Supino
     Meghann Supino
     Ice Miller LLP
     One American Square, Ste. 2900
     Indianapolis, IN 46282
     312-236-2107
     Meghann.Supino@icemiller.com
     Attorneys for Plaintiffs

By:    12/19/2025
     JUSTIN R. MILLER
     Attorney-In-Charge
     International Trade Field Office

     12/19/25
     EDWARD F. KENNY
     Senior Trial Counsel
     Civil Division, Dept. of Justice
     Commercial Litigation Branch
     26 Federal Plaza, Room 346
     New York, New York 10278
     Tel. No. 212-264-0480
     Attorneys for Defendant

Stipulated Judgment On Agreed Statement Of Facts
*Jing Mei Automotive (USA) v. The United States*
Court No. 14-00060

IT IS HEREBY ORDERED that this action is decided and this final judgment is to be

entered by the Clerk of this Court; the appropriate U.S. Customs and Border Protection officials

shall reliquidate the entries and make refund in accordance with the stipulation of the parties set

forth above.

Date:  January 5, 2026                    /s/ Richard  K. Eaton

                                          THE HONORABLE RICHARD K. EATON,
                                          JUDGE

**SCHEDULE A TO STIPULATED JUDGMENT**

## PORT OF ENTRY: Chicago(3901)

| Court | Protest | Entry | Line # | InvoiceNo | ItemCode | JMA Description |
|-------|---------|-------|--------|-----------|----------|-----------------|
| | | | | | | |
| 14-00060 | 3901-13-100688 | 2740210295-1 | 1 | A17756 | 077100 | Cover, Rear Axle Cover |
| 14-00060 | 3901-13-100688 | 2740210423-9 | 1 | A17813 | 077100 | Cover, Rear Axle Cover |
| | | | 1 | A17813 | 076100 | Hub Cover Kits, Front Axle Cov |
| 14-00060 | 3901-13-100688 | 2740210537-6 | 6 | A17874 | 077100 | Cover, Rear Axle Cover |
| 14-00060 | 3901-13-100688 | 2740210538-4 | 1 | A17880 | 077100 | Cover, Rear Axle Cover |
| | | | 1 | A17880 | 076100 | Hub Cover Kits, Front Axle Cov |
| 14-00060 | 3901-13-100688 | 2740210759-6 | 1 | A17905 | 076100 | Hub Cover Kits, Front Axle Cov |
| 14-00060 | 3901-13-100688 | 2740210762-0 | 3 | A17923 | 077100 | Cover, Rear Axle Cover |
| 14-00060 | 3901-13-100688 | 2740210882-6 | 1 | A17963 | 076100 | Hub Cover Kits, Front Axle Cov |
| | | | 1 | A17963 | 077100 | Cover, Rear Axle Cover |
| 14-00060 | 3901-13-100688 | 2740211038-4 | 1 | A18007 | 077100 | Cover, Rear Axle Cover |
| | | | 1 | A18007 | 076100 | Hub Cover Kits, Front Axle Cov |
| 14-00060 | 3901-13-100688 | 2740211176-2 | 4 | A18048 | 077100 | Cover, Rear Axle Cover |
| | | | 4 | A18048 | 076100 | Hub Cover Kits, Front Axle Cov |
| 14-00060 | 3901-13-100688 | 2740211269-5 | 2 | A18062 | 077100 | Cover, Rear Axle Cover |
| | | | 2 | A18062 | 076100 | Hub Cover Kits, Front Axle Cov |
| 14-00060 | 3901-13-100688 | 2740211380-0 | 1 | A18095 | 076100 | Hub Cover Kits, Front Axle Cov |
| | | | 1 | A18095 | 077100 | Cover, Rear Axle Cover |
| 14-00060 | 3901-13-100688 | 2740211583-9 | 1 | A18141 | 077100 | Cover, Rear Axle Cover |
| | | | 1 | A18141 | 076100 | Hub Cover Kits, Front Axle Cov |
| 14-00060 | 3901-13-100688 | 2740211724-9 | 3 | A18174 | 076100 | Hub Cover Kits, Front Axle Cov |
| | | | 3 | A18174 | 077100 | Cover, Rear Axle Cover |
| 14-00060 | 3901-13-100688 | 2740211727-2 | 5 | A18192 | 077100 | Cover, Rear Axle Cover |
| 14-00060 | 3901-13-100688 | 2740211997-1 | 2 | A18216 | 077100 | Cover, Rear Axle Cover |
| 14-00060 | 3901-13-100688 | 2740212097-9 | 2 | A18261 | 077100 | Cover, Rear Axle Cover |
| 14-00060 | 3901-13-100688 | 2740212098-7 | 5 | A18266 | 077100 | Cover, Rear Axle Cover |
| 14-00060 | 3901-13-100688 | 2740212228-0 | 9 | A18323 | 077100 | Cover, Rear Axle Cover |
| 14-00060 | 3901-13-101145 | 2740213289-1 | 4 | A18723 | 077100 | Cover, Rear Axle Cover |
| 14-00060 | 3901-13-101145 | 2740214311-2 | 1 | A19118 | 077100 | Cover, Rear Axle Cover |

All claims arising from the following entries marked by an asterisk (*) are abandoned.

| Case | Protest | Entry |
|---|---|---|
|  |  |  |
| 14-00060 | 3901-13-100688 | 274-02102969* |
| 14-00060 | 3901-13-100688 | 274-02103116* |
| 14-00060 | 3901-13-100688 | 274-02103124* |
| 14-00060 | 3901-13-100688 | 274-02103132* |
| 14-00060 | 3901-13-100688 | 274-02103140* |
| 14-00060 | 3901-13-100688 | 274-02103686* |
| 14-00060 | 3901-13-100688 | 274-02103777* |
| 14-00060 | 3901-13-100688 | 274-02103785* |
| 14-00060 | 3901-13-100688 | 274-02103793* |
| 14-00060 | 3901-13-100688 | 274-02103801* |
| 14-00060 | 3901-13-100688 | 274-02103819* |
| 14-00060 | 3901-13-100688 | 274-02104247* |
| 14-00060 | 3901-13-100688 | 274-02104270* |
| 14-00060 | 3901-13-100688 | 274-02104288* |
| 14-00060 | 3901-13-100688 | 274-02104296* |
| 14-00060 | 3901-13-100688 | 274-02104304* |
| 14-00060 | 3901-13-100688 | 274-02104510* |
| 14-00060 | 3901-13-100688 | 274-02104528* |
| 14-00060 | 3901-13-100688 | 274-02104536* |
| 14-00060 | 3901-13-100688 | 274-02104544* |
| 14-00060 | 3901-13-100688 | 274-02104551* |
| 14-00060 | 3901-13-100688 | 274-02105004* |
| 14-00060 | 3901-13-100688 | 274-02105012* |
| 14-00060 | 3901-13-100688 | 274-02105020* |
| 14-00060 | 3901-13-100688 | 274-02105038* |
| 14-00060 | 3901-13-100688 | 274-02105343* |
| 14-00060 | 3901-13-100688 | 274-02105350* |
| 14-00060 | 3901-13-100688 | 274-02105368* |
| 14-00060 | 3901-13-100688 | 274-02105392* |
| 14-00060 | 3901-13-100688 | 274-02107224* |
| 14-00060 | 3901-13-100688 | 274-02107356* |
| 14-00060 | 3901-13-100688 | 274-02107364* |
| 14-00060 | 3901-13-100688 | 274-02107372* |
| 14-00060 | 3901-13-100688 | 274-02107588* |
| 14-00060 | 3901-13-100688 | 274-02107604* |
| 14-00060 | 3901-13-100688 | 274-02107612* |
| 14-00060 | 3901-13-100688 | 274-02108735* |
| 14-00060 | 3901-13-100688 | 274-02108743* |
| 14-00060 | 3901-13-100688 | 274-02108750* |
| 14-00060 | 3901-13-100688 | 274-02108768* |
| 14-00060 | 3901-13-100688 | 274-02108776* |
| 14-00060 | 3901-13-100688 | 274-02108784* |

| 14-00060 | 3901-13-100688 | 274-02108792* |
|----------|----------------|---------------|
| 14-00060 | 3901-13-100688 | 274-02108800* |
| 14-00060 | 3901-13-100688 | 274-02108818* |
| 14-00060 | 3901-13-100688 | 274-02109915* |
| 14-00060 | 3901-13-100688 | 274-02110327* |
| 14-00060 | 3901-13-100688 | 274-02110335* |
| 14-00060 | 3901-13-100688 | 274-02110368* |
| 14-00060 | 3901-13-100688 | 274-02110376* |
| 14-00060 | 3901-13-100688 | 274-02110392* |
| 14-00060 | 3901-13-100688 | 274-02110400* |
| 14-00060 | 3901-13-100688 | 274-02110418* |
| 14-00060 | 3901-13-100688 | 274-02110426* |
| 14-00060 | 3901-13-100688 | 274-02110434* |
| 14-00060 | 3901-13-100688 | 274-02110442* |
| 14-00060 | 3901-13-100688 | 274-02111473* |
| 14-00060 | 3901-13-100688 | 274-02111721* |
| 14-00060 | 3901-13-100688 | 274-02111739* |
| 14-00060 | 3901-13-100688 | 274-02111754* |
| 14-00060 | 3901-13-100688 | 274-02111770* |
| 14-00060 | 3901-13-100688 | 274-02112703* |
| 14-00060 | 3901-13-100688 | 274-02112711* |
| 14-00060 | 3901-13-100688 | 274-02112729* |
| 14-00060 | 3901-13-100688 | 274-02112737* |
| 14-00060 | 3901-13-100688 | 274-02113172* |
| 14-00060 | 3901-13-100688 | 274-02113180* |
| 14-00060 | 3901-13-100688 | 274-02113222* |
| 14-00060 | 3901-13-100688 | 274-02113230* |
| 14-00060 | 3901-13-100688 | 274-02113248* |
| 14-00060 | 3901-13-100688 | 274-02113776* |
| 14-00060 | 3901-13-100688 | 274-02113784* |
| 14-00060 | 3901-13-100688 | 274-02113818* |
| 14-00060 | 3901-13-100688 | 274-02113834* |
| 14-00060 | 3901-13-100688 | 274-02114915* |
| 14-00060 | 3901-13-100688 | 274-02114923* |
| 14-00060 | 3901-13-100688 | 274-02115797* |
| 14-00060 | 3901-13-100688 | 274-02115805* |
| 14-00060 | 3901-13-100688 | 274-02115813* |
| 14-00060 | 3901-13-100688 | 274-02115821* |
| 14-00060 | 3901-13-100688 | 274-02115854* |
| 14-00060 | 3901-13-100688 | 274-02116522* |
| 14-00060 | 3901-13-100688 | 274-02116530* |
| 14-00060 | 3901-13-100688 | 274-02116548* |
| 14-00060 | 3901-13-100688 | 274-02117231* |
| 14-00060 | 3901-13-100688 | 274-02117264* |
| 14-00060 | 3901-13-100688 | 274-02118221* |

| 14-00060 | 3901-13-100688 | 274-02118239* |
|---|---|---|
| 14-00060 | 3901-13-100688 | 274-02119468* |
| 14-00060 | 3901-13-100688 | 274-02119609* |
| 14-00060 | 3901-13-100688 | 274-02119625* |
| 14-00060 | 3901-13-100688 | 274-02119948* |
| 14-00060 | 3901-13-100688 | 274-02119955* |
| 14-00060 | 3901-13-100688 | 274-02119963* |
| 14-00060 | 3901-13-100688 | 274-02119989* |
| 14-00060 | 3901-13-100688 | 274-02120151* |
| 14-00060 | 3901-13-100688 | 274-02120185* |
| 14-00060 | 3901-13-100688 | 274-02120193* |
| 14-00060 | 3901-13-100688 | 274-02120623* |
| 14-00060 | 3901-13-100688 | 274-02120995* |
| 14-00060 | 3901-13-100688 | 274-02121001* |
| 14-00060 | 3901-13-100688 | 274-02121027* |
| 14-00060 | 3901-13-100688 | 274-02121035* |
| 14-00060 | 3901-13-100688 | 274-02121746* |
| 14-00060 | 3901-13-100688 | 274-02121761* |
| 14-00060 | 3901-13-100688 | 274-02121779* |
| 14-00060 | 3901-13-100688 | 274-02122298* |
| 14-00060 | 3901-13-100688 | 274-02122306* |
| 14-00060 | 3901-13-100688 | 274-02122314* |
| 14-00060 | 3901-13-101145 | 274-02123296* |
| 14-00060 | 3901-13-101145 | 274-02123486* |
| 14-00060 | 3901-13-101145 | 274-02123494* |
| 14-00060 | 3901-13-101145 | 274-02123502* |
| 14-00060 | 3901-13-101145 | 274-02123510* |
| 14-00060 | 3901-13-101145 | 274-02123528* |
| 14-00060 | 3901-13-101145 | 274-02123536* |
| 14-00060 | 3901-13-101145 | 274-02123981* |
| 14-00060 | 3901-13-101145 | 274-02123999* |
| 14-00060 | 3901-13-101145 | 274-02124005* |
| 14-00060 | 3901-13-101145 | 274-02124955* |
| 14-00060 | 3901-13-101145 | 274-02125051* |
| 14-00060 | 3901-13-101145 | 274-02125101* |
| 14-00060 | 3901-13-101145 | 274-02125119* |
| 14-00060 | 3901-13-101145 | 274-02125127* |
| 14-00060 | 3901-13-101145 | 274-02125135* |
| 14-00060 | 3901-13-101145 | 274-02125143* |
| 14-00060 | 3901-13-101145 | 274-02125168* |
| 14-00060 | 3901-13-101145 | 274-02126414* |
| 14-00060 | 3901-13-101145 | 274-02126422* |
| 14-00060 | 3901-13-101145 | 274-02126430* |
| 14-00060 | 3901-13-101145 | 274-02126448* |
| 14-00060 | 3901-13-101145 | 274-02126463* |

| | | |
|---|---|---|
| 14-00060 | 3901-13-101145 | 274-02126471* |
| 14-00060 | 3901-13-101145 | 274-02126489* |
| 14-00060 | 3901-13-101145 | 274-02126497* |
| 14-00060 | 3901-13-101145 | 274-02126505* |
| 14-00060 | 3901-13-101145 | 274-02126851* |
| 14-00060 | 3901-13-101145 | 274-02127370* |
| 14-00060 | 3901-13-101145 | 274-02127388* |
| 14-00060 | 3901-13-101145 | 274-02127578* |
| 14-00060 | 3901-13-101145 | 274-02127628* |
| 14-00060 | 3901-13-101145 | 274-02127636* |
| 14-00060 | 3901-13-101145 | 274-02127644* |
| 14-00060 | 3901-13-101145 | 274-02127651* |
| 14-00060 | 3901-13-101145 | 274-02127669* |
| 14-00060 | 3901-13-101145 | 274-02127677* |
| 14-00060 | 3901-13-101145 | 274-02127685* |
| 14-00060 | 3901-13-101145 | 274-02128279* |
| 14-00060 | 3901-13-101145 | 274-02128824* |
| 14-00060 | 3901-13-101145 | 274-02128857* |
| 14-00060 | 3901-13-101145 | 274-02128865* |
| 14-00060 | 3901-13-101145 | 274-02128873* |
| 14-00060 | 3901-13-101145 | 274-02128923* |
| 14-00060 | 3901-13-101145 | 274-02128949* |
| 14-00060 | 3901-13-101145 | 274-02128956* |
| 14-00060 | 3901-13-101145 | 274-02128964* |
| 14-00060 | 3901-13-101145 | 274-02128972* |
| 14-00060 | 3901-13-101145 | 274-02128980* |
| 14-00060 | 3901-13-101145 | 274-02129418* |
| 14-00060 | 3901-13-101145 | 274-02129947* |
| 14-00060 | 3901-13-101145 | 274-02129954* |
| 14-00060 | 3901-13-101145 | 274-02129962* |
| 14-00060 | 3901-13-101145 | 274-02129970* |
| 14-00060 | 3901-13-101145 | 274-02129988* |
| 14-00060 | 3901-13-101145 | 274-02130101* |
| 14-00060 | 3901-13-101145 | 274-02130119* |
| 14-00060 | 3901-13-101145 | 274-02130127* |
| 14-00060 | 3901-13-101145 | 274-02130135* |
| 14-00060 | 3901-13-101145 | 274-02130606* |
| 14-00060 | 3901-13-101145 | 274-02130622* |
| 14-00060 | 3901-13-101145 | 274-02131430* |
| 14-00060 | 3901-13-101145 | 274-02131539* |
| 14-00060 | 3901-13-101145 | 274-02131554* |
| 14-00060 | 3901-13-101145 | 274-02131562* |
| 14-00060 | 3901-13-101145 | 274-02131570* |
| 14-00060 | 3901-13-101145 | 274-02131885* |
| 14-00060 | 3901-13-101145 | 274-02132081* |

| | | |
|---|---|---|
| 14-00060 | 3901-13-101145 | 274-02132099* |
| 14-00060 | 3901-13-101145 | 274-02132107* |
| 14-00060 | 3901-13-101145 | 274-02132115* |
| 14-00060 | 3901-13-101145 | 274-02132123* |
| 14-00060 | 3901-13-101145 | 274-02132867* |
| 14-00060 | 3901-13-101145 | 274-02132875* |
| 14-00060 | 3901-13-101145 | 274-02132883* |
| 14-00060 | 3901-13-101145 | 274-02132909* |
| 14-00060 | 3901-13-101145 | 274-02132917* |
| 14-00060 | 3901-13-101145 | 274-02132925* |
| 14-00060 | 3901-13-101145 | 274-02132933* |
| 14-00060 | 3901-13-101145 | 274-02132941* |
| 14-00060 | 3901-13-101145 | 274-02132958* |
| 14-00060 | 3901-13-101145 | 274-02133535* |
| 14-00060 | 3901-13-101145 | 274-02133923* |
| 14-00060 | 3901-13-101145 | 274-02133931* |
| 14-00060 | 3901-13-101145 | 274-02133949* |
| 14-00060 | 3901-13-101145 | 274-02134285* |
| 14-00060 | 3901-13-101145 | 274-02134293* |
| 14-00060 | 3901-13-101145 | 274-02134301* |
| 14-00060 | 3901-13-101145 | 274-02134327* |
| 14-00060 | 3901-13-101145 | 274-02134335* |
| 14-00060 | 3901-13-101145 | 274-02134558* |
| 14-00060 | 3901-13-101145 | 274-02134574* |
| 14-00060 | 3901-13-101145 | 274-02134582* |
| 14-00060 | 3901-13-101145 | 274-02135043* |
| 14-00060 | 3901-13-101145 | 274-02135050* |
| 14-00060 | 3901-13-101145 | 274-02135340* |
| 14-00060 | 3901-13-101145 | 274-02135357* |
| 14-00060 | 3901-13-101145 | 274-02135381* |
| 14-00060 | 3901-13-101145 | 274-02135399* |
| 14-00060 | 3901-13-101145 | 274-02135407* |
| 14-00060 | 3901-13-101145 | 274-02135415* |
| 14-00060 | 3901-13-101145 | 274-02135423* |
| 14-00060 | 3901-13-101145 | 274-02135662* |
| 14-00060 | 3901-13-101145 | 274-02135787* |
| 14-00060 | 3901-13-101145 | 274-02135837* |
| 14-00060 | 3901-13-101145 | 274-02135845* |
| 14-00060 | 3901-13-101145 | 274-02136157* |
| 14-00060 | 3901-13-101145 | 274-02136439* |
| 14-00060 | 3901-13-101145 | 274-02136447* |
| 14-00060 | 3901-13-101145 | 274-02136454* |
| 14-00060 | 3901-13-101145 | 274-02136470* |
| 14-00060 | 3901-13-101145 | 274-02136488* |
| 14-00060 | 3901-13-101145 | 274-02136967* |

| | | |
|---|---|---|
| 14-00060 | 3901-13-101145 | 274-02136975* |
| 14-00060 | 3901-13-101145 | 274-02136983* |
| 14-00060 | 3901-13-101145 | 274-02136991* |
| 14-00060 | 3901-13-101145 | 274-02137031* |
| 14-00060 | 3901-13-101145 | 274-02137650* |
| 14-00060 | 3901-13-101145 | 274-02138195* |
| 14-00060 | 3901-13-101145 | 274-02138203* |
| 14-00060 | 3901-13-101145 | 274-02138211* |
| 14-00060 | 3901-13-101145 | 274-02138229* |
| 14-00060 | 3901-13-101145 | 274-02138237* |
| 14-00060 | 3901-13-101145 | 274-02138245* |
| 14-00060 | 3901-13-101145 | 274-02138450* |
| 14-00060 | 3901-13-101145 | 274-02138468* |
| 14-00060 | 3901-13-101145 | 274-02139011* |
| 14-00060 | 3901-13-101145 | 274-02139029* |
| 14-00060 | 3901-13-101145 | 274-02139037* |
| 14-00060 | 3901-13-101145 | 274-02139045* |
| 14-00060 | 3901-13-101145 | 274-02139052* |
| 14-00060 | 3901-13-101145 | 274-02139060* |
| 14-00060 | 3901-13-101145 | 274-02139078* |
| 14-00060 | 3901-13-101145 | 274-02139086* |
| 14-00060 | 3901-13-101145 | 274-02139094* |
| 14-00060 | 3901-13-101145 | 274-02139631* |
| 14-00060 | 3901-13-101145 | 274-02139979* |
| 14-00060 | 3901-13-101145 | 274-02139987* |
| 14-00060 | 3901-13-101145 | 274-02139995* |
| 14-00060 | 3901-13-101145 | 274-02140787* |
| 14-00060 | 3901-13-101145 | 274-02140902* |
| 14-00060 | 3901-13-101145 | 274-02140910* |
| 14-00060 | 3901-13-101145 | 274-02140928* |
| 14-00060 | 3901-13-101145 | 274-02140936* |
| 14-00060 | 3901-13-101145 | 274-02140944* |
| 14-00060 | 3901-13-101145 | 274-02140951* |
| 14-00060 | 3901-13-101145 | 274-02140969* |
| 14-00060 | 3901-13-101145 | 274-02140977* |
| 14-00060 | 3901-13-101145 | 274-02140985* |
| 14-00060 | 3901-13-101145 | 274-02140993* |
| 14-00060 | 3901-13-101145 | 274-02142254* |
| 14-00060 | 3901-13-101145 | 274-02142759* |
| 14-00060 | 3901-13-101145 | 274-02142767* |
| 14-00060 | 3901-13-101145 | 274-02143096* |
| 14-00060 | 3901-13-101145 | 274-02143104* |
| 14-00060 | 3901-13-101145 | 274-02143377* |
| 14-00060 | 3901-13-101145 | 274-02143385* |
| 14-00060 | 3901-13-101145 | 274-02143393* |

| 14-00060 | 3901-13-101145 | 274-02143401* |
|----------|----------------|---------------|
| 14-00060 | 3901-13-101145 | 274-02143419* |
| 14-00060 | 3901-13-101145 | 274-02143427* |
| 14-00060 | 3901-13-101145 | 274-02143773* |
| 14-00060 | 3901-13-101145 | 274-02143906* |
| 14-00060 | 3901-13-101145 | 274-02144367* |
| 14-00060 | 3901-13-101145 | 274-02144375* |
| 14-00060 | 3901-13-101145 | 274-02144383* |
| 14-00060 | 3901-13-101145 | 274-02144607* |
| 14-00060 | 3901-13-101145 | 274-02144615* |
| 14-00060 | 3901-13-101145 | 274-02145125* |